**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-2443**

PHILLIP O'BRIANT,

Plaintiff - Appellant,

v.

LARRY HOGAN, Governor; PETE K. RAHN, Secretary,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Richard D. Bennett, District Judge. (1:18-cv-03270-RDB)

Submitted: March 5, 2019                     Decided: March 13, 2019

Before MOTZ, AGEE, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Phillip O'Briant, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Phillip O'Briant appeals the district court's order dismissing his complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See O'Briant v. Hogan*, No. 1:18-cv-03270-RDB (D. Md. Nov. 14, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*